ACCEPTED
12-16-00331-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/27/2017 12:23 PM
Pam Estes
CLERK

# Dean Watts
## Attorney at Law
120 East Pilar Street
Nacogdoches, Texas 75961

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/27/2017 12:23:28 PM
PAM ESTES
Clerk

(936) 559-9288
Fax (936) 559-0959

Board Certified- Criminal Law
Texas Board of Legal Specialization

November 23, 2017

Chester Jerome Mosley
TDCJ # 02110029
1200 FM 655
Rosharon, TX 77583

Via Certified Mail

RE:  Court of Appeals Notification

Enclosed please find the Court of Appeals decision in your case. They ruled that your conviction has been affirmed. That means that we lost our appeal.

You have 30 days from the date of either this opinion or the last timely motion for rehearing that was overruled by the 12th Court of Appeals to file a petition for discretionary review with the Court of Criminal Appeals. You can do this yourself or hire an attorney to do it for you.  The Court will not appoint me to do this procedure.

Please be advised that any petition for discretionary review must be filed with the Texas Court of Criminal Appeals, and must adhere to the requirements of Texas Rules of Appellate Procedure 68.4. The mailing address for the Court of Criminal Appeals is PO Box 12308, Austin, Texas 78711.

Please contact me if you have any questions regarding this matter.

Best regards,

Dean Watts
Attorney at Law

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$
Sent To  Chester Jevome Mosley
Street and Apt. No., or PO Box No. 1200 FM 655
City, State, ZIP+4® Rosharon, TX 77583

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions